In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-06-345 CR 


______________________


 

KEVIN SMITH A/K/A TAMIEKO SMITH, Appellant



V.



THE STATE OF TEXAS, Appellees






On Appeal from the 252nd District Court


 Jefferson County, Texas


Trial Cause No. 93744






MEMORANDUM OPINION


 We have before the court a motion from the appellant, Kevin Smith a/k/a Tamieko
Smith, to dismiss his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is
signed by appellant personally and by counsel of record. No opinion has issued in this
appeal. The motion is granted, and the appeal is therefore dismissed.

 



 APPEAL DISMISSED.


 ___________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered March 7, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, J.J.